**Joshua Bernard JOHNS, Plaintiff–Appellant,**

v.

**ADMINISTRATIVE FOOD SERVICE MANUAL, HEAD SUPERVISORS, Defendant–Appellee.**

**No. 01–7512.**

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 20, 2001.

Decided Jan. 9, 2002.

Joshua Bernard Johns, Appellant Pro Se.

Before LUTTIG, TRAXLER, and GREGORY, Circuit Judges.

PER CURIAM.

Joshua Bernard Johns appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's order and find this appeal frivolous. Accordingly, we dismiss the appeal as frivolous on the reasoning of the district court. *See Johns v. Administrative Food,* No. CA–01–1140–1 (E.D.Va. Aug. 13, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*